IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY JEROME,

       Plaintiff,

v.                        Case No. 4:19cv403-MW/CAS

DRIVERS LICENSE DIVISION,

       Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections and amended objections to the report and recommendation, ECF Nos. 8, 9, and 10. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted. All pending motions are **DENIED**." The Clerk shall close the file.

**SO ORDERED** on September 12, 2019.

                                          s/Mark E. Walker     
                                          **Chief United States District Judge**